UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-5648 PSG (JCG) | Date | May 26, 2015 |
|---|---|---|---|
| Title | *Ben Daniels v. State of California, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SECOND AMENDED COMPLAINT SHOULD NOT BE DISMISSED**

On August 29, 2014, Plaintiff filed a Second Amended Complaint ("SAC") pursuant to 42 U.S.C. § 1983, against defendants the Los Angeles County Sheriff's Department, the Los Angeles County Sheriff's Department Medical Services Bureau, Commander Ralph G. Ornelas, and ten John Doe Los Angeles County Sheriff's Department employees (the "Doe Defendants").

On April 13, 2015, the Court issued an Order Regarding Service of Process ("Service Order"). The Service Order required Plaintiff to submit a Notice of Submission ("Notice") by May 13, 2015, informing the Court that he had complied with the Service Order.

As of today's date, the Court has yet to receive the Notice from Plaintiff.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice. If Petitioner files the Notice within **fourteen (14) days** of the date of this Order, then this Order to Show Cause shall be automatically discharged.

The Clerk of Court is **DIRECTED TO** attach a copy of the Service Order [Dkt. No. 41] to this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-5648 PSG (JCG) | Date | May 26, 2015 |
|---|---|---|---|
| Title | *Ben Daniels v. State of California, et al.* | | |

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kh | |