O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN DANIELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. LA CV 13-5648 PSG (JCG)<br><br>**JUDGMENT** |

　　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  7/10/15      _____
　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE